IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE JOHN L. KANE

Civil Action No.:    **07-cv-01666-AP**

**JOHN H. McKIBBEN,**

                              Plaintiff,

v.

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security**,

                              Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.     APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

                                          For Plaintiff:
                                          Frederick W. Newall
                                          730 N. Weber, #101
                                          Colorado Springs, Colorado 80903
                                          (719) 633-5211
                                          (719) 635-6503 (facsimile)
                                          newallfrederickw@qwest.net

                                          For Defendant:
                                          TROY A. EID
                                          United States Attorney

                                          KURT J.BOHN
                                          Assistant U.S. Attorney
                                          kurt.bohn@usdoj.gov

                                          Bonnie Sims
                                          Special Assistant U. S. Attorney
                                          1961 Stout Street, Suite 1001A
                                          Denver, CO 80294
                                          Telephone: (303) 844-7278
                                          bonnie.sims@ssa.gov

**2.    STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.    DATES OF FILING OF RELEVANT PLEADINGS**

   A.   **Date Complaint Was Filed:**   August 8, 2007

   B.   **Date Complaint Was Served on U.S. Attorney's Office:**   August 13, 2007

   C.   **Date Answer and Administrative Record Were Filed:**   October 11, 2007

**4.    STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of their knowledge, both parties state that the record is complete.  However, the Plaintiff reserves the right to supplement the record if necessary at the time of the Opening Brief.

Defendant's counsel states that she will not object to Plaintiff submitting additional evidence with the opening brief, but she can not agree to supplement the certified record with any evidence that was not before the ALJ or the Appeals Council.

**5.    STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties state that there is no additional evidence.

**6.    STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case raises no unusual claims or defenses.

**7.    OTHER MATTERS**

None.

**8.     PROPOSED BRIEFING SCHEDULE**

     A.   **Plaintiff's Opening Brief Due:**   January 31, 2008

     B.   **Defendant's Response Brief Due:**   March 3, 2008

     C.   **Plaintiff's Reply Brief (If Any) Due:**   March 18, 2008

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

     A.   **Plaintiff's Statement:**  Plaintiff does not request oral argument.

     B.   **Defendant's Statement:**  Defendant does not request oral argument.

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**
*Indicate below the parties' consent choice.*

     A.   **(  ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

     B.   **(X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.    OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.

DATED this 1st day of November, 2007.

BY THE COURT:

*S/John L. Kane*
U.S. DISTRICT COURT JUDGE
HONORABLE JOHN L. KANE

APPROVED:

s/Frederick W. Newall   10/31/2007
FREDERICK W. NEWALL
730 N. Weber, #101
Colorado Springs, Colorado 80903
(719) 633-5211
(719) 635-6503 (Facsimile)
newallfrederickw@qwest.net

Attorney for Plaintiff

TROY A. EID
United States Attorney

KURT J.BOHN
Assistant U.S. Attorney
kurt.bohn@usdoj.gov

By:  s/Bonnie Sims 10/31/2007
BONNIE SIMS
Special Assistant U. S. Attorney
1961 Stout Street, Suite 1001A
Denver, CO 80294
Telephone: (303) 844-7278
bonnie.sims@ssa.gov

Attorneys for Defendant