UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No.: **07-cv-01666-RPM**

**JOHN H. McKIBBEN,**

                        Plaintiff,

vs.

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security**,

                        Defendant.

## PROPOSED ORDER FOR ATTORNEY FEES UNDER EAJA

Upon consideration of Plaintiff's Motion For Attorney Fees Under EAJA [20] filed on February 17, 2009, it is

**ORDERED** that the Defendant pay to Plaintiff, in care of plaintiff's attorney, attorney fees under EAJA in the amount of $4,500.00.

DATED at Denver, Colorado, this 18th day of February, 2009.

                        BY THE COURT:

                        s/Richard P. Matsch

                        _____
                        THE HONORABLE RICHARD P. MATSCH
                         UNITED STATES DISTRICT COURT JUDGE